**Order entered December 21, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00624-CR
## No. 05-16-00625-CR

**JAMAL DESMOND MCCLENTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-26246-I & F16-75306-I**

## ORDER

The Court **REINSTATES** these appeals.

On December 7, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the December 9, 2016 findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Lawrence Mitchell; (3) counsel's explanation for the delay in filing appellant's brief is due to medical reasons; and (4) counsel requests an additional thirty days to file the brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
       JUSTICE